UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DALE SCOTT HEINEMAN, | ) | No. CV 09-09488-RGK (VBK) |
| Petitioner, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF |
| v. | ) ) | THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE |
| S. A. HOLENCIK, | ) ) | PETITION FOR WRIT OF HABEAS CORPUS |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has made a de novo review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Motion to Construe Petition as a Civil Rights Action, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

//
//
//
//
//
//
//

1  **IT IS ORDERED** that: (1) the Court accepts and adopts the Report
2  and Recommendation, and (2) Judgment be entered denying and dismissing
3  the Petition without prejudice.

5  DATED: June 10, 2010

   _____
   R. GARY KLAUSNER
   UNITED STATES DISTRICT JUDGE