JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| DALE SCOTT HEINEMAN, | ) | No. CV 09-09488-RGK (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| S. A. HOLENCIK, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: June 10, 2010

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE